UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EPHRAIM DEWICK, individually and n behalf
Of all others similarly situated,
                      Plaintiff,

    -against-                                   18 **CIVIL** 5273 (CS)

## JUDGMENT

MULLOOLY, JEFFREY, ROONEY &
FLYNN, LLP,
                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 25, 2018, Defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York
          January 29, 2019

                                                   **RUBY J. KRAJICK**
                                                       Clerk of Court
                                          BY:

                                                         Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/29/2019